United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Agroproductos de Nayarit S.P.    ,

Plaintiff(s),

v.

Best Oriental Produce, LLC, et    ,

Defendant(s).

Case No. 3:26-cv-2805 (SK)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Gregory Brown          , an active member in good standing of the bar of the State of New York          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: all Defendants          in the above-entitled action. My local co-counsel in this case is Belinda M. Vega          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 208236          .

200 Broadhollow Rd, Ste 207, Melville, NY

MY ADDRESS OF RECORD

(631) 425-8110

MY TELEPHONE # OF RECORD

gbrown@mccarronlaw.com

MY EMAIL ADDRESS OF RECORD

2049 Century Park E., Ste 3400, Los Angeles

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 229-9900

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bmvega@ventable.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4366498          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero     times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __May 5, 2026__            Gregory Brown
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Gregory Brown_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 6, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2